**BARNES & THORNBURG LLP**
ERIC BESTE (SBN 226089)
eric.beste@btlaw.com
AMY C. POYER (SBN 277315)
amy.poyer@btlaw.com
655 West Broadway, Suite 1300
San Diego, California 92101
Telephone: 619-321-5000
Facsimile: 310-284-3894

CHAD S.C. STOVER (*pro hac vice* forthcoming)
chad.stover@btlaw.com
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Telephone: 302-300-3474

Attorneys for Plaintiffs
ACCO BRANDS USA LLC and
BENSUSSEN DEUTSCH & ASSOCIATES LLC

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS USA LLC and BENSUSSEN DEUTSCH & ASSOCIATES LLC,<br><br>                    Plaintiffs,<br><br>v.<br><br>PERFORMANCE DESIGNED PRODUCTS LLC,<br><br>                    Defendant. | Case No.: 3:24-cv-1100-JO-KSC<br><br>**ACCO BRANDS USA LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint filed: June 25, 2024<br><br>District Judge: Hon. Jinsook Ohta |

Pursuant to Civil Local Rule 40.2 and Federal Rule of Civil Procedure 7.1, Plaintiff ACCO Brands USA LLC hereby states that it is a wholly-owned subsidiary of ACCO Brands Corporation, a publicly traded company.

Dated:  July 2, 2024                              BARNES & THORNBURG LLP

By: /s/ Eric J. Beste
Eric J. Beste
Amy C. Poyer
*Attorneys for Plaintiffs*