**BARNES & THORNBURG LLP**
ERIC BESTE (SBN 226089)
eric.beste@btlaw.com
AMY C. POYER (SBN 277315)
amy.poyer@btlaw.com
655 West Broadway, Suite 1300
San Diego, California 92101
Telephone: 619-321-5000
Facsimile: 310-284-3894

CHAD S.C. STOVER (*pro hac vice* forthcoming)
chad.stover@btlaw.com
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Telephone: 302-300-3474

Attorneys for Plaintiffs
ACCO BRANDS USA LLC and
BENSUSSEN DEUTSCH & ASSOCIATES LLC

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ACCO BRANDS USA LLC and BENSUSSEN DEUTSCH & ASSOCIATES LLC,

Plaintiffs,

v.

PERFORMANCE DESIGNED PRODUCTS LLC,

Defendant.

Case No.: 3:24-cv-1100-JO-KSC

**BENSUSSEN DEUTSCH & ASSOCIATES LLC'S CORPORATE DISCLOSURE STATEMENT**

Complaint filed: June 25, 2024

District Judge: Hon. Jinsook Ohta

Pursuant to Civil Local Rule 40.2 and Federal Rule of Civil Procedure 7.1, Plaintiff Bensussen Deutsch & Associates LLC hereby states that it has no parent corporation and no company owns 10% or more of its stock.

Dated: July 2, 2024

BARNES & THORNBURG LLP

By: /s/ Eric J. Beste
Eric J. Beste
Amy C. Poyer
*Attorneys for Plaintiffs*